10 NOV 12 PM 12:56

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10CR 4551 W |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 18, U.S.C., Sec. 2339A(a) - Conspiracy to Provide Material Support to Terrorists; Title 18, U.S.C., Sec. 2339B(a)(1) - Conspiracy to Provide Material Support to a Foreign Terrorist Organization; Title 18, U.S.C., Sec. 1001 - False Statement to Government Agency |
| NIMA ALI YUSUF, aka Nimco Ali Yusuf, aka Amina Ahmed, aka Amina Ali, | |
| Defendant. | |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing to at least on or about September 7, 2010, within the Southern District of California and elsewhere, defendant NIMA ALI YUSUF, aka Nimco Ali Yusuf, aka Amina Ahmed, aka Amina Ali, did unlawfully and knowingly conspire and agree with others, known and unknown to the grand jury, to provide material support and resources, namely personnel and money, knowing and intending that the material support and resources were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 956, conspiracy to kill persons

SLF:nmc:San Diego
11/10/10

in a foreign country; all in violation of Title 18, United States Code, Section 2339A(a).

## Count 2

Beginning on a date unknown to the grand jury and continuing to at least on or about September 7, 2010, within the Southern District of California and elsewhere, defendant NIMA ALI YUSUF, aka Nimco Ali Yusuf, aka Amina Ahmed, aka Amina Ali, a lawful permanent resident of the United States, did unlawfully and knowingly conspire and agree with others, known and unknown to the grand jury, to provide material support and resources to al-Shabaab, which the Secretary of State has designated as a foreign terrorist organization since on or about February 26, 2008, to wit: to knowingly provide money to al-Shabaab and personnel to work under al-Shabaab's direction and control, knowing that al-Shabaab has been designated as a foreign terrorist organization, and knowing that al-Shabaab has engaged, and engages, in terrorist activity and terrorism; all in violation of Title 18, United States Code, Section 2339B(a)(1).

## Count 3

On or about September 22, 2010, within the Southern District of California, defendant NIMA ALI YUSUF, aka Nimco Ali Yusuf, aka Amina Ahmed, aka Amina Ali, in a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI"), a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in a matter involving international terrorism, in that she did represent and state to FBI Special Agent A. Aguirre and Customs and Border Protection Supervisory Officer J. Haro that she had not sent any money to anyone in Somalia in the preceding 12 months, whereas, in truth and

1  in fact, as defendant then and there well knew, those statements and
2  representations were false, fictitious and fraudulent when made; all
3  in violation of Title 18, United States Code, Section 1001.
4      Dated: November 12, 2010.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
SABRINA L. FEVE
Assistant U.S. Attorney

3