Charles D. Swift, WSBA #41671
Catherine McDonald, WSBA# 24002
Admitted Pro Hac Vice
Swift & McDonald, P.S.
1809 – Seventh Ave., Suite 1108
Seattle, WA  98101
Tel: (206) 441-3377
Fax: (206) 224-9908
Email: cswift@prolegaldefense.com
         cmcdonald@prolegaldefense.com

Attorneys for Defendant, Nima Ali Yusuf

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE BARRY T. MOSKOWITZ)**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO.   10CR4551BTM |
| | ) | |
| v. | ) | MOTION TO SUBMIT FOURTEEN |
| | ) | LETTERS IN SUPPORT OF SENTENCING |
| NIMA ALI YUSUF, | ) | |
| Defendant. | ) | |

# MOTION

COMES NOW the Defendant, Nima Yusuf, by and through her counsel of record, and submits this motion requesting leave to submit fourteen letters in support of sentencing as opposed to the five letters maximum as set out in the Chamber's Order of Judge Moskowitz dated October 31, 2001.

The letters submitted with the sentencing memorandum were not prepared or received in time to submit to the Probation Department prior to the preparation of their PSR, which was filed with the Court on February 10, 2012.  The fourteen letters are the minimum amount necessary to give the Court information it will need to sentence Ms. Yusuf, taking into account the factors under 18 USC § 3553. Due to the serious and unique nature of the charges, the complexity of this case, and the substantial amount of time Ms. Yusuf faces under the Sentencing Guidelines, Defense believes good cause exists to submit letters in excess of the stated rule as set out by this honorable court.

Ms. Yusuf has had a strong impact on her Somali Community. Ms. Yusuf has lived in San Diego, Utah, Minneapolis, Kenya, and Somalia. Community members and family wanted to come and support Ms. Yusuf in person, but because of the great distances of her many previous homes, this was not possible, and thus they wrote letters in support. Because of her repeated relocations, letters in excess of five are necessary in order to give the court a full and complete picture of Ms. Yusuf and the impact she has had on her community.

Our firm received in excess of forty letters and signed petitions in support of Ms. Yusuf from family and community members. We winnowed down and selected the most representative, non-duplicative, letters from individuals who have known Ms. Yusuf the best over the many years of her life, and included those for the Court's consideration. Of the fourteen letters, six are from immediate family members (three from her three sisters, one from her mother, one from her grandmother, and one from her aunt). The other eight are from individuals who have known her in several capacities over the years. The letters are all less than one page in length, all are typed, and all are very legible.

For the above reasons, we respectfully request that the Court allow defense leave to file fourteen letters in support of Ms. Yusuf along with her sentencing memorandum.

Respectfully submitted this 16th day of July, 2012

*/s/ Charles D. Swift*
Charles D. Swift, WSBA #41671
Admitted Pro Hac Vice
Swift & McDonald, P.S.
1809 – Seventh Ave., Suite 1108
Seattle, WA  98101
Tel: (206) 441-3377

*/s/ Catherine McDonald*
Catherine McDonald, WSBA# 24002
Admitted Pro Hac Vice
Swift & McDonald, P.S.
1809 – Seventh Ave., Suite 1108
Seattle, WA  98101
Tel: (206) 441-3377

## CERTIFICATE OF SERVICE

Counsel for Defendant Nima Ali Yusuf hereby certifies that on this date a copy of the attached motion was served on all parties to this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 16, 2012, at Seattle, Washington.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Charles D. Swift_____
　　　　　　　　　　　　　　　　　　　　　　　Charles D. Swift