FILED

12 NOV -7 PM 1:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>            v.<br><br>NIMA ALI YUSUF [1],<br><br>                          Defendant. | Criminal Case No. 10CR4551-BTM<br><br>**ORDER** |

    No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 2 of the Indictment.

Dated: _11-7-12_

                                      BARRY TED MOSKOWITZ
                                      UNITED STATES DISTRICT JUDGE

10CR4551-BTM